# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MADISON GAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 16-6634 |
| EDWARD RORER, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of January, 2018, upon consideration of Plaintiff Madison Gay's ("Gay") Motion for Reconsideration (Doc. No. 14) and Defendant Edward Rorer's Response in Opposition to the Motion for Reconsideration, it is hereby **ORDERED** that Gay's Motion for Reconsideration is **DENIED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE